**United States Bankruptcy Court for the
Southern District of Georgia**

**FILED**
at __9__ O'clock & __35__ min __A__ M.
Date____6-14-06____

IN RE:

Case No. 98-50250

Rhonda C. Harris

**United States Bankruptcy Court**
Savannah, Georgia

_____Debtor(s)_____ /

### ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to TAPR VIII, LP, in the amount of $2,609.65 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that a Motion for the Recovery of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the US Attorney for the Southern District of Georgia, U.S. Trustee and Case Trustee, and there being no objections filed, it is further appearing that NCO Financial Systems, Inc now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $2,609.65, to:

> NCO Financial Systems, Inc
> C/o Dilks & Knopik, LLC
> PO Box 2728
> Issaquah, WA 98027-0125

Dated: **MAY 16 2006**

_____
United States Bankruptcy Judge

ORDER PREPARED BY:

_____
Drew K. Stutsman
GA Bar No. 000098
Ellis, Painter, Ratterree & Adams LLP
PO Box 9946
Savannah, GA 31412
Ph: 912-233-9700
Fx: 912-233-2281